**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | |
|---|---|
| Monterell and Sharonda Robinson, ) | Civil Action No.: 1:15-cv-00665-JMC |
| Kyson Swinger, K. S. and N.S., both ) | |
| minors by and through their guardian ) | |
| Sharonda Robinson, Mary James, ) | |
| Jerry James, Kimberly Bradley, ) | |
| Norris Bradley, Sintonio Allen, ) | |
| Renarta Priester, and Zantrell Mays, ) | |
| ) | |
|     Plaintiffs, ) | **ORDER APPROVING MINOR SETTLEMENT** |
|     v. ) | |
| ) | |
| The City of Aiken, Michael Hunt, ) | |
| in his representative capacity for the ) | |
| Office of the Aiken County Sheriff, ) | |
| Deputy Chris Chavous (ACSD), ) | |
| Officers Brian Key, Carlos Colindres,) | |
| John Eagerton, Demetrick ) | |
| Drumming, Margaret Moore, ) | |
| Jason Fogle, Aaron Dowdy, Chad ) | |
| Cathcart and John Doe 1-5 (APS), ) | |
| ) | |
|     Defendants. ) | |

This matter comes before the court upon the Petition of Sharonda Robinson (ECF No. 21), as the parent and legal guardian for N.S., a minor under the age of eighteen (18) years of age, for approval of a settlement arising out of an incident that occurred on or about December 15, 2012, more fully described in the Summons and Complaint on file at the United States District Court for the District of South Carolina bearing civil action number 1:15-cv-00665-JMC-PJG (ECF No. 1-1), in which the Petitioner alleges that the minor sustained emotional damages as a result of a search and seizure by the City of Aiken Public Safety and the Aiken County Sheriff's Department at the residence in which she resided. There were no physical injuries.

The court has been advised that Defendants City of Aiken, Key, Colindres, Eagerton,

1

Drumming, Moore, Fogle, Dowdy and Cathcart are represented by Daniel C. Plyler, Esquire. Defendants Michael Hunt, in his representative capacity for the Office of the Aiken County Sheriff, and Deputy Chavous are represented by Michael S. Pauley, Esquire. Petitioner is represented by J. Christopher Mills, Esquire. It appears that all necessary parties have been joined to this action and the court does have jurisdiction to rule on this matter.

The court now has been advised by the parties that Petitioner has negotiated with Defendants for the purpose of settling any and all claims, including claims for attorney's fees, of every nature arising out of the aforementioned events, and after careful consideration, has agreed to accept the following sums in full settlement of this action: Three Thousand Dollars ($3,000.00) payable to Sharonda Robinson as parent and guardian of the minor N.S., payable from Defendants and their insurers. Petitioner acknowledges receipt of these funds. These amounts shall be referred to hereinafter as "the settlement funds."

In accordance with Local Civ. Rule 17.02(C), counsel for Petitioner met with the Plaintiffs in this action and did extensive research of the law and the legal claims to be raised. Counsel obtained and reviewed the documents generated as a result of the incident which gives rise to this action. Counsel then filed the action with this court on behalf of Petitioner and her co-Plaintiffs. After discovery had been exchanged, the Parties began negotiations toward a settlement. Counsel believes this settlement for Petitioner to be fair and reasonable.

Pursuant to his contract for representation, Counsel for Petitioner shall receive the sum of One Thousand Two Hundred Dollars ($1,200.00) for attorney's fees from Petitioner. Petitioner does not have any medical expenses relating to this action.

Thus, in accordance with S.C. CODE ANN. § 62-5-433 (2015), and it further appearing that the offers of settlement are fair, just, and equitable offers and should be approved by this

court, it is,

**ORDERED, ADJUDGED, AND DECREED** that Sharonda Robinson, as parent and guardian for the minor, N.S., is hereby authorized and directed to accept the offer of compromise settlement, and upon payment of the settlement funds to Sharonda Robinson, as parent and guardian for the minor, N.S., Sharonda Robinson is directed to execute and deliver the Release to Defendants, forever discharging the City of Aiken, Officer Key, Officer Colindres, Officer Eagerton, Officer Drumming, Officer Moore, Officer Fogle, Officer Dowdy, Officer Cathcart, Michael Hunt, in his representative capacity for the Office of the Aiken County Sheriff, and Deputy Chavous, their respective insurance providers, their respective agents, servants, employees, former employees and their heirs, successors, and assigns, and all other persons, firms, governmental entities, and corporations of and from all claims, known or unknown, foreseen and unforeseen damages, mental anguish, pain and suffering, violation of rights and any other damages of any kind including attorney's fees and costs, incurred or suffered by the minor, N.S., and any and all other claims which Sharonda Robinson, as parent, guardian, and Petitioner for N.S., now and hereafter has as a result of the damages arising out of this incident.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Sharonda Robinson, as parent, guardian and Petitioner for N.S., shall abide by all applicable laws regarding the distribution of these assets and proceeds of these settlements.

**AND IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

June 7, 2016
Columbia, South Carolina

3